IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY MCNAIR,

    Petitioner,               No. CIV S-09-2078 FCD GGH P

   vs.

J.W. HAVILAND,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis. Good cause appearing, the application is granted.

        Accordingly, IT IS HEREBY ORDERED that petitioner's application to proceed in forma pauperis (no. 14) is granted.

DATED: October 19, 2009

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:mp
mcna2078.101a

1