# United States District Court
# Eastern District of California

| | |
|---|---|
| GARY McNAIR, | CV 09-02078 TJH |
| Petitioner, | |
| v. | |
| J.W. HAVILAND, *et al*, | Order |
| Respondents. | |

The Court has considered Respondents' motion to dismiss, together with the moving papers.

Since Petitioner has been paroled, this case is now moot. *See Burnett v. Lampert*, 432 F.3d 996, 1001 (9th Cir. 2005). Accordingly,

It is **Ordered** that the *habeas* petition be, and hereby is, Dismissed.

Date:  July 11, 2011

_____
Terry J. Hatter, Jr.
Senior United States District Judge